1

2

3              UNITED STATES DISTRICT COURT

4          FOR THE EASTERN DISTRICT OF CALIFORNIA

5

| | |
|---|---|
| **TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, *et al.*,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**CENTEX HOMES, *et al.*,**<br><br>**Defendants.** | **1:14-cv-1235-LJO-EPG**<br><br>**ORDER RE STIPULATION TO DISMISS (Doc. 36)** |

Based on the parties' stipulation for dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii) (Doc. 48), this Court:

       1.    DISMISSES without prejudice this entire action and all claims;

       2.    VACATES all pending dates and matters; and

       3.    DIRECTS the Clerk of Court to CLOSE this action.

**IT IS SO ORDERED**
**Dated: January 27, 2016**

                         **/s/ Lawrence J. O'Neill**
                       **United States District Judge**

1